UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MACAULAY WILLIAMS,<br><br>*Plaintiff*,<br><br>V.<br><br>CHRISTINE WORMUTH, *in her official capacity as Secretary of the Department of the Army.*<br><br>*Defendant* | Civil Action No.:<br>3:16-cv-5693-PGS-TJB<br><br>**MEMORANDUM AND ORDER**<br>**ECF NO. 131** |

This case is before the Court on Plaintiff Macaulay Williams' *pro se* motion appealing an Order issued by Hon. Tonianne J. Bongiovanni, U.S.M.J. (ECF No. 131).

WHEREAS Plaintiff appeals two decisions in Judge Bongiovanni's Final PreTrial Order: (1) striking witnesses Monette and Polo (WIN-T Supervisors) from plaintiff's witness list and (2) limiting witness Nathaniel Lebron's testimony to allegations set forth in the Complaint and barring testimony as a comparator witness regarding and pretext. (ECF No.127).

WHEREAS the Court heard oral argument on the matter on June 26, 2023; and

WHEREAS for the reasons set forth on the record plaintiff's appeal is denied.

## ORDER

IT IS on this __27__ day of June, 2023;

ORDERED that plaintiff's Appeal of the Final Pretrial Order (ECF No. 131) is DENIED;

_____
PETER G. SHERIDAN, U.S.D.J.